# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GAFFORD BUILDERS, INC.

VERSUS

AJSD, LLC, DUNBAR
CONSTRUCTION, LLC, COLUMBIA
CONSULTANTS, LLC, ABC
INSURANCE COMPANY, DAGR,
LLC, ASPHALT CONTRACTORS,
LLC, ANDERSON DUNHAM, INC.,
AND RD & KW INVESTMENTS, LLC

CONSOLIDATED WITH

ALBANY EAUSEA AND MATTHEW
EUSEA, INDIVIDUALLY AND ON
BEHALF OF GRANT EUSEAU

VERSUS

GAFFORD BUILDERS, INC.,
LOUISIANA HOMEBUILDERS
ASSOCIATION GENERAL
LIABILITY TRUST, ANDERSON
DUNHAM, INC., APSHALT
CONTRACTORS, LLC, AND DUNBAR
CONTRACTORS, LLC

NO.   2026 CW 0023

**MAY 04, 2026**

---

In Re:   Gafford   Builders,   Inc.,   applying   for   supervisory
writs,  19th  Judicial  District  Court,  Parish  of  East
Baton Rouge, No. 675356 c/w 685365.

---

**BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.**

   **WRIT DENIED.**

                                        **SMM**
                                        **BDE**
                                        **WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT